**UNITED STATES of America,**
**Appellee,**

v.

**Isabel ORTIZ–LOPEZ, also known as Padrino, Appellant.**

**No. 00–2445.**

United States Court of Appeals,
Eighth Circuit.

Submitted May 30, 2001.

Filed June 4, 2001.

**560**

Before McMILLIAN, BOWMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Isabel Ortiz–Lopez appeals from the final judgment entered in the District Court[1] for the District of Nebraska after he pleaded guilty to possessing methamphetamine with intent to distribute, in violation of 18 U.S.C. § 2 and 21 U.S.C. § 841(a)(1), and did not contest a forfeiture count. The district court sentenced Ortiz–Lopez to seventy months imprisonment and four years supervised release. Counsel has moved to withdraw under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has filed a brief arguing that the district court erred in denying Ortiz–Lopez's motion for a downward departure. For the reasons discussed below, we affirm the judgment of the district court.

During the sentencing hearing the district court explicitly recognized its authority to depart downward under U.S.S.G. §§ 5H1.6, p.s., and 5K2.0, p.s., the Guidelines specified in Ortiz–Lopez's motion; however, based on the undisputed information contained in the presentence report, the court refused to depart. Thus, the matter is unreviewable on appeal. *See United States v. Orozco–Rodriguez*, 220 F.3d 940, 942 (8th Cir.2000).

We have reviewed the record independently pursuant to *Penson v. Ohio*, 488

U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw and affirm the judgment of the district court.

---

1. The Honorable Thomas M. Shanahan, United States District Judge for the District of Nebraska.